IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Friend, Dorothea L

Printed: 3/25/08

Case Number: 05 B 31739
Judge: Goldgar, A. Benjamin
Filed: 8/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 6, 2008
Confirmed: November 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,720.40 |  |
| Secured: |  | 1,985.48 |
| Unsecured: |  | 31,111.79 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,544.00 |
| Trustee Fee: |  | 1,823.30 |
| Other Funds: |  | 255.83 |
| Totals: | 37,720.40 | 37,720.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Glenda J Gray | Administrative | 2,544.00 | 2,544.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Quinlan & Fabish Music | Secured | 742.70 | 742.70 |
| 4. | EMC Mortgage Corporation | Secured | 7,945.50 | 1,242.78 |
| 5. | RoundUp Funding LLC | Unsecured | 1,470.50 | 1,470.50 |
| 6. | Capital One | Unsecured | 1,344.21 | 1,344.21 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 1,000.00 | 1,000.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 13,493.42 | 13,254.54 |
| 9. | AmeriCash Loans, LLC | Unsecured | 743.57 | 743.57 |
| 10. | Illinois State Tollway | Unsecured | 1,081.00 | 1,081.00 |
| 11. | Illinois Bell Telephone | Unsecured | 490.18 | 490.18 |
| 12. | B-Line LLC | Unsecured | 6,535.00 | 6,535.00 |
| 13. | Pay Day Loans | Unsecured | 949.92 | 949.92 |
| 14. | Capital One | Unsecured | 986.45 | 986.45 |
| 15. | Premium Marketing Systems Inc | Unsecured | 722.10 | 722.10 |
| 16. | Arrow Financial Services | Unsecured | 514.57 | 514.57 |
| 17. | Nicor Gas | Unsecured | 1,082.82 | 1,082.82 |
| 18. | Arrow Financial Services | Unsecured | 936.93 | 936.93 |
| 19. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 20. | Direct Tv | Unsecured |  | No Claim Filed |
| 21. | City of Country Club Hills | Unsecured |  | No Claim Filed |
| 22. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 23. | Blockbuster Video | Unsecured |  | No Claim Filed |
| 24. | Homewood Flossmoor High School | Unsecured |  | No Claim Filed |
| 25. | Enterprise Rent A Car | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Friend, Dorothea L | Case Number: 05 B 31739 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/25/08 | Filed: 8/11/05 |

| | | | |
|---|---|---|---|
| 26. Homewood Flossmoor High School | Unsecured | | No Claim Filed |
| 27. Mx Energy | Unsecured | | No Claim Filed |
| 28. School District #161 | Unsecured | | No Claim Filed |
| 29. Dr Paul M Stec DDS | Unsecured | | No Claim Filed |
| 30. Secretary Of State | Unsecured | | No Claim Filed |
| 31. Sprint | Unsecured | | No Claim Filed |
| 32. Simon McClosky & Scovell | Unsecured | | No Claim Filed |
| 33. Well Group Health Partners | Unsecured | | No Claim Filed |
| 34. Quinlan & Fabish Music | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 42,582.87 | $ 35,641.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 151.99 |
| 5% | 12.47 |
| 4.8% | 1,612.68 |
| 5.4% | 46.16 |
| | _____ |
| | $ 1,823.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

